UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK
M. L. KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ 07101-0419
(973) 645-3730

CAMDEN OFFICE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
Room 2020
TRENTON, NJ 08608



William T. Walsh
Clerk

Rule 5 Papers
19-60039-CR-WPD

REPLY TO: __Camden__

February 8, 2019

United States Courthouse
299 Broward Boulevard
Room 108
Fort Lauderdale, FL 33301

    **Re: U.S.A. -v- Benedict Ciaccio, Jr.**
    **Our Docket No. 19-mj-1005 (AMD)**
    **Your Docket No. 0:19cr60039(WPD)**

Dear Clerk:

    Please be advised that an initial appearance was held in the above-captioned case pursuant to Rule 5 of the Federal Rules of Criminal Procedure. You can obtain the original record by accessing CM/ECF through PACER. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

                    Sincerely,

                      WILLIAM T. WALSH, Clerk

                By: ___s/Susan Bush___
                        Deputy Clerk

**RECEIPT ACKNOWLEDGED BY:** _[signature]_
**DATE:** __2-8-19__

DNJ-Crim-004(Rev. 09/06)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | ORDER |
| VS. | | |
| BENEDICT CIACCIO, JR. | : | MAG. NO. 19mj1005(AMD) |
| Defendant | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 7th day of February 2019,

ORDERED that Richard Coughlin, Federal Public Defender (Lisa Evans-Lewis, AFPD) for the District of New Jersey is hereby appointed to represent said defendant in this matter until further order of the Court.

_____
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc: Federal Public Defender

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| United States of America<br>v.<br>BENEDICT CIACCIO JR.<br>*Defendant* | Case No. 19-<br><br>Charging District's Case No. 19-cr-60039 (WPD) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Southern District of Florida.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 02/07/2019

*Defendant's signature*

*Signature of defendant's attorney*

Lisa Lewis, Esquire, AFPD
*Printed name of defendant's attorney*

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| United States of America<br>v.<br>BENEDICT CIACCIO, JR.<br><br>*Defendant* | )<br>)<br>) Case No.  19mj1005(AMD)<br>)<br>) Charging District's<br>) Case No.  0:19cr60039(WPD) |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Southern___ District of ___Florida___,
*(if applicable)* ___Fort Lauderdale___ division. The defendant may need an interpreter for this language: _____.

The defendant:    ☐ will retain an attorney.
                  ☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: __2/7/19__                                          _____
                                                                *Judge's signature*

                                                          ___HON. ANN MARIE DONIO, USMJ___
                                                                *Printed name and title*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

MAGISTRATE JUDGE ANN MARIE DONIO

**CAMDEN**

**Court Reporter:** ECR

February 7, 2019

**Title of Case:**

Case No. 19mj1005(AMD)

UNITED STATES OF AMERICA

V.

BENEDICT CIACCIO, JR.

## DEFENDANT PRESENT

**Appearances:**
Patrick Askin, AUSA for Government
Lisa Evans Lewis, AFPD for defendant
Gary Pettiford and Acheme Amali, U.S. Pretrial Services
**Nature of Proceedings:** Initial Appearance – Rule 5
Defendant advised of rights, charges and penalties
Hearing on application by defendant for appointment of counsel
Financial Affidavit executed and filed
Ordered application granted
Ordered Lisa Evans Lewis, AFPD appointed counsel for defendant
Order to be entered
Defendant waives formal reading of the indictment
Waiver of Rule 5 Hearings executed and filed
Hearing on joint application to set bail
Robert Joseph Tomasello sworn
Oral Opinion read into the record
Ordered application for bail denied
Commitment to Another District to be entered
Ordered defendant remanded to the custody of the U.S. Marshal.

s/Susan Bush
Deputy Clerk

Time Commenced: 2:14 p.m.   Time Adjourned: 2:33 p.m.
Time Commenced: 3:50 p.m.   Time Adjourned: 4:24 p.m
Time Commenced: 4:29 p.m.   Time Adjourned: 4:39 p.m.
Total Time in Court: 1 hr. 3 mins.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

MAGISTRATE JUDGE ANN MARIE DONIO

**CAMDEN**

**Court Reporter:** ECR

February 8, 2019

**Title of Case:**

Case No. 19mj1005(AMD)

UNITED STATES OF AMERICA

V.

BENEDICT CIACCIO, JR.

**DEFENDANT PRESENT**

**Appearances:**
Patrick Askin, AUSA for Government
Richard Coughlin, FPD for defendant

**Nature of Proceedings:**
Defendant advised of Rule 20 Rights
Commitment to Another District to remain in effect
Ordered defendant remanded to the custody of the U.S. Marshal.

s/Susan Bush
Deputy Clerk

Time Commenced: 10:22 a.m.   Time Adjourned: 10:27 a.m.

Total Time in Court: 5 mins.